AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

vs.

CASE NUMBER: 8:12MJ1419 TBM

RONALD WILLIAM BROWN

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about from an unknown date up until at least May 23, 2012, in Pinellas County, in the Middle District of Florida, defendant did,

conspire to kidnap a child and possess child pornography

in violation of Title 18, United States Code, Sections 1201(c) and 2252(a)(4)(B). I further state that I am a Special Agent with Homeland Security Investigations, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

S/A _Terri Botterbusch_ HSI

Signature of Complainant
Terri Botterbusch

Sworn to before me and subscribed in my presence,

July 20, 2012                     at        Tampa, Florida

Thomas B. McCoun, III
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Terri Botterbusch, being duly sworn, depose and state the following:

1.      I am a Special Agent (SA) with the United States Department of Homeland Security, Homeland Security Investigations (HSI). I have been employed with HSI for over nine years. I am currently assigned to the HSI, Special Agent in Charge (SAC) Tampa, Florida. I have investigated matters involving the online exploitation of children, particularly in relation to violations of Title 18, United States Code, Sections 2422(b), 2252 and 2252A, which criminalize the use of a facility of interstate/foreign commerce to attempt to knowingly persuade, induce, entice and coerce a person who had not yet attained the age of 18 to engage in sexual activity for which any person can be charged with a criminal offense, and the possession, receipt and transmission of child pornography. I have made arrests and conducted searches pertaining to these types of investigations. I have attended specialized courses involving computers and child exploitation. Prior to August of 2005, I was assigned to Operation Panama Express where I investigated multi ton cocaine smuggling cases as well as international drug trafficking organizations.  I was employed as a St. Lucie County Sheriff's Deputy from 1995 until 2002, where I served my time as a road patrol deputy and narcotics/vice detective.

2.      As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute arrest and search warrants issued under the authority of the United States.  I have received training for online undercover investigations involving child exploitation and have participated in numerous investigations involving child pornography.  I have learned the following information in my official capacity, by first hand observations, as well as by receiving information from federal and local law enforcement in reference to the investigation of Ronald William BROWN for federal criminal violations.

3.      This affidavit is submitted in support of an application for an arrest warrant

for Ronald William BROWN.  This affidavit does not set forth every fact resulting from the

investigation; rather, it sets forth facts sufficient to establish probable cause to believe that

Ronald William BROWN committed violations of Title 18, United States Code, Section

1201(c).  As discussed further below, ARNETT and BROWN conspired to kidnap a child in

violation of Title 18, United States Code, Section 1201(c) and possessed child pornography

in violation of Title 18 USC 2252(a)(4)(B).

4.      I am requesting that the Court issue an arrest warrant for Ronald William

BROWN based upon the following:

## DETAILS OF THIS INVESTIGATION

5.      On approximately May 23, 2012, Michael ARNETT was arrested by HSI Kansas

City for the production of child pornography.   Law enforcement has identified approximately

four children that ARNETT took child pornography images of to include bondage type

photographs.  ARNETT's arrest was subsequent to a Federal search warrant that was executed

at his residence on approximately May 15, 2012. During the execution of the search warrant HSI

Kansas City Agents seized multiple pieces of media to include computers. HSI Kansas City

provided HSI Boston with copies of the seized materials and HSI Boston began to conduct

forensic analysis of these materials.

6.      Through the forensic examination of ARNETT's computers by HSI Boston

Agents it was discovered that ARNETT had been communicating and exchanging child

pornography materials with other individuals using online chat programs, as well as engaging in

extremely graphic discussions regarding kidnapping, sexually abusing, murdering and eating of

2

children.  Agents recovered the two photographs from Arnett's computer and which appear to depict decapitated children that have been bound and cooked.

One such program that ARNETT was using to discuss the abuse of children and to send and receive images and videos of child pornography was the free, publically available program Yahoo chat. HSI Boston Agents recovered thousands of lines of chat between ARNETT and others, one of the individuals that ARNETT was discussing the abuse, abduction, murder and cannibalism of children with was using the Yahoo screen name: uelime.

7.     HSI Boston Agents discovered chat logs between ARNETT (using the screen names:  ck_3666, sweettalkerlinda, and calf_keeper2) and the individual using the screen name: uelime, who is believed to be BROWN for reasons further discussed herein, from approximately April 2011 through October 2011. During the chats, ARNETT and BROWN discuss the abduction, murder and cannibalism of the child victims.  A sample of the chats that occurred in this time frame is as follows:

| 4/8/11 4:43 PM | calf_keeper2 : I have some pics of Linda and one of her friends shaving down a little toddler piglet they caught |
| 4/23/11 9:25 AM | calf_keeper2 : how goes? |
| 4/23/11 9:25 AM | **uelime** : hello |
| 4/23/11 9:25 AM | **uelime** : how are you? |
| 4/23/11 9:26 AM | calf_keeper2 : good. you? |
| 4/23/11 9:26 AM | **uelime** : doing well. |
| 4/23/11 9:26 AM | calf_keeper2 : and [(C)]? |
| 4/23/11 9:27 AM | **uelime** : Sadly, he is doing well. I wish I had him tied and gagged in the closet. |

3

| | |
|---|---|
| 4/23/11 9:27 AM | calf_keeper2 : he would make a fine Easter feast |
| 4/23/11 9:28 AM | **uelime** : yes, his thighs and butt cheeks would be fantastic for |
| | easter. |
| 4/23/11 9:30 AM | calf_keeper2 : I agree. You could be spending today parting him out, getting a pan ready for the butt and thighs |
| 4/23/11 9:30 AM | **uelime** : I would have the time to do it today, if I only had him. |
| 4/23/11 9:31 AM | calf_keeper2 : yeah |
| 4/23/11 9:31 AM | **uelime** : I would have been up all night enjoying him. |
| 4/23/11 9:33 AM | calf_keeper2 : I'm sure. Telling him about what his last day as a boy will entail |
| 4/23/11 9:34 AM | **uelime**: I imagine his eyes would just about be ready to bug out. |
| 4/23/11 9:35 AM | calf_keeper2 : wet with tears. so scared and helplesss |
| 4/23/11 9:35 AM | **uelime** : Probably trembling, trying to imagine his body being cut up and eaten. |
| 4/23/11 9:37 AM | calf_keeper2 : thinking of how much it will hurt to be chopped up |
| 4/23/11 9:38 AM | **uelime** : I can assure him that he won't feel a thing because he will be dead by then. |
| 4/23/11 9:38 AM | calf_keeper2 : his mind not thinking like a big boy anymore, fear reducing im back to the level of a five year old. terrfied and crying |
| 4/23/11 9:39 AM | **uelime** : Maybe I can tell him that he is a big boy now and will be able to take it. I could give him a choice on how he wants to go. |
| 4/23/11 9:40 AM | calf_keeper2 : that would be nice of you :)   give him choices/ all which end in him being cut up and eaten |
| 4/23/11 9:41 AM | **uelime** : I could ask him how he wants each cut of his body to be done and then label it for him with a black marker. |
| 4/23/11 9:42 AM | calf_keeper2 : yumm |
| 4/23/11 9:42 AM | calf_keeper2 : nice idea |
| 4/23/11 9:42 AM | calf_keeper2 : see how he reacts to that |

4

| | |
|---|---|
| 4/23/11 9:43 AM | **uelime** : yeh, maybe a dotted line around the base of his cock with an arrow and label "cut here". |
| 4/23/11 9:44 AM | calf_keeper2 : :) |
| 4/23/11 9:44 AM | calf_keeper2 : that would get him trembling knowing you were going to cut off his boy part |
| 4/23/11 9:45 AM | **uelime** : Just having my fingers on it would terrify him. |
| 4/23/11 9:45 AM | calf_keeper2 : get a pair of scissors and put it between the blades, pinch it between tem. he'l be terrified |
| 4/23/11 9:46 AM | **uelime** : Yes, slide the sharp end back and forth across his cock. |
| 4/23/11 9:47 AM | calf_keeper2 : yes. even 2 and 3 year olds understand that when you do it. so scary for them |
| 4/23/11 9:48 AM | **uelime** : [(C)] would use his before it gets a chance to develope. |
| 4/23/11 9:49 AM | calf_keeper2 : :) |
| 4/23/11 9:50 AM | **uelime** : I would like to get an updated picture of him before too long. |
| 4/23/11 9:52 AM | calf_keeper2 : me too |
| 4/23/11 9:53 AM | **uelime** : I like to look at the meat when I am home too. |
| 4/23/11 9:53 AM | calf_keeper2 : exactly |
| 4/23/11 9:53 AM | calf_keeper2 : plan out some cuts |
| 4/23/11 9:54 AM | **uelime** : Wish I had one of him in his bathing suit, showing off his chest and tummy. |
| 4/23/11 9:54 AM | calf_keeper2 : that would be best |
| 4/23/11 9:55 AM | calf_keeper2 : get to look at the areas you'll cut |
| 4/23/11 9:55 AM | **uelime** : Yes |
| 4/23/11 9:55 AM | **uelime** : Yes |
| 4/23/11 9:57 AM | calf_keeper2 : I need to reboot. plus a batroom break.. maybe ten minutes. can you hang? |
| 4/23/11 9:57 AM | **uelime** : Well, I do need to go. |
| 4/23/11 9:57 AM | **uelime** : I have some running around to do. |

5

| | |
|---|---|
| 4/23/11 9:57 AM | calf_keeper2 : back later? |
| 4/23/11 9:57 AM | **uelime** : I think so. |
| 4/23/11 9:57 AM | **uelime** : I think so. |
| 4/23/11 9:57 AM | **uelime** : Not sure. |
| 4/23/11 9:58 AM | calf_keeper2 : ok.  well I hope we can talk more here soon. |
| 4/23/11 9:58 AM | calf_keeper2 : I should be on later today too |
| 4/23/11 9:58 AM | **uelime** : ok. I did find one new pic of [(C)]. |
| 4/23/11 9:58 AM | **uelime** : ok |
| 4/23/11 9:59 AM | calf_keeper2 : ok |
| 4/23/11 9:59 AM | calf_keeper2 : is it a good pic of him |
| 4/23/11 9:59 AM | **uelime** : Its interesting to see. I think. |
| 4/23/11 9:59 AM | calf_keeper2 : :) |
| 4/23/11 10:02 AM | calf_keeper2 : what's it lke? |
| 4/23/11 10:08 AM | calf_keeper2 : i'd be interested in seeing ;) |
| 4/23/11 10:23 AM | calf_keeper2 : still here? |
| 4/23/11 10:27 AM | calf_keeper2 : rebooting |
| 4/23/11 9:42 PM | calf_keeper2 : THey both have some nice lean meat on them. |
| 4/23/11 9:43 PM | calf_keeper2 : the little guy's meat will be cooked up in the morning once the main course is out over the fire.  We'll probably start with his bottom and legs, then his ribs |
| 8/12/11 9:41 PM | sweettalkerlinda : evening sunshine |
| 8/12/11 9:41 PM | **uelime** : Hello |
| 8/12/11 9:41 PM | **uelime** : how are you? |
| 8/12/11 9:42 PM | sweettalkerlinda : I'm good.  you? |
| 8/12/11 9:42 PM | **uelime** : Doing well. |
| 8/12/11 9:42 PM | sweettalkerlinda : any luck with your boy? |
| 8/12/11 9:43 PM | **uelime** : No, I still want to eat him though. He was looking good in his last pic that I got. |
| 8/12/11 9:43 PM | sweettalkerlinda : great. |

| | |
|---|---|
| 8/12/11 9:43 PM | **uelime** : Nice tight ass. |
| 8/12/11 9:43 PM | sweettalkerlinda : mmmmmm  love boys like that.  firm meaty ass |
| 8/12/11 9:44 PM | **uelime** : He would make a nice meal for you. I bet you could handle him. |
| 8/12/11 9:45 PM | sweettalkerlinda : I think I could.  :) |
| 8/12/11 9:46 PM | **uelime** : I am sure. Would you just knock him out? |
| 8/12/11 9:46 PM | **uelime** : I am sure. Would you just knock him out? |
| 8/12/11 9:46 PM | sweettalkerlinda : It would be the best way for a boy his age and size yes |
| 8/12/11 9:47 PM | **uelime** : With something? your fist? or what? |
| 8/12/11 9:47 PM | **uelime** : With something? your fist? or what? |
| 8/12/11 9:47 PM | sweettalkerlinda : a good whack to the back of the head, preferably with something like a blackjack |
| 8/12/11 9:48 PM | sweettalkerlinda : a good whack to the back of the head, preferably with something like a blackjack |
| 8/12/11 9:48 PM | **uelime**: Do you think it would kill him or just knock him out? |
| 8/12/11 9:49 PM | sweettalkerlinda : should just knock him out |
| 8/12/11 9:50 PM | sweettalkerlinda : I've nver seen it kill one |
| 8/12/11 9:50 PM | **uelime** : Then just throw him over your shoulder and carry him off. |
| 8/12/11 9:51 PM | sweettalkerlinda : pretty much yes |
| 8/12/11 9:51 PM | **uelime** : I think he would be asy to handle. He is a compact boy. |
| 8/12/11 9:52 PM | sweettalkerlinda : a guy might have a bit more strength to where he could punch him and knock him out though |
| 8/12/11 9:53 PM | **uelime** : I always thought a punch in the tummy would do it. Knock the wind out of him. |
| 8/12/11 9:53 PM | sweettalkerlinda : that may work too.  but be prepared for him to let out more of acry or get his wind back quicker than expected |

During the next excerpt of the chat, BROWN solicits ARNETT's help in the

apparent abduction and murder of a child:

7

8/12/11 9:55 PM      **uelime** : Hmmm, I think he might be small enough to take down easily. You should come down and help. He could enjoy him too.

8/12/11 9:56 PM      sweettalkerlinda : Love to of course.  But I think a first on should be enjoyed alone.  Especially with all you've done watching him

8/12/11 9:57 PM      **uelime** : I think I could handle the snuff easy. It would be the catch and butcher that would be hard.

8/12/11 9:57 PM      **uelime** : I think I could handle the snuff easy. It would be the catch and butcher that would be hard.

8/12/11 9:58 PM      sweettalkerlinda : I take it you already imagine snuffing him whenever you look at him

8/12/11 9:59 PM      **uelime** : Yes, I think I would enjoy that. I imagine him wiggling and then going still.

8/12/11 9:59 PM      **uelime** : Yes, I think I would enjoy that. I imagine him wiggling and then going still.

8/12/11 9:59 PM      sweettalkerlinda : so you'll strangle or suffocate im?

8/12/11 10:01 PM     **uelime** : He would be a toss  up between the two. I think either would be hot. Strangle would be hot, though harder, suffocate would go easier, I think.

8/12/11 10:03 PM     sweettalkerlinda : I drowned my last one.  though she was quite small. Feisty though, gave a good fight.

8/12/11 10:03 PM     sweettalkerlinda : little redhead and she proved it ;)

8/12/11 10:04 PM     **uelime** : I have thought about drowning too. Just slide him into the tub and hold his face under.

8/12/11 10:05 PM     sweettalkerlinda : I started mine face up then flipped her over.

8/12/11 10:05 PM     **uelime** : Thats an idea. I could do that too.

8/12/11 10:05 PM     sweettalkerlinda : she looked like a little pink frog kicking her legs under the water.  ;)

8/12/11 10:06 PM     **uelime** : I would have his legs bound and hands bound behind his back.

8

8/12/11 10:06 PM    **uelime** : I would have his legs bound and hands bound behind his back.

8/12/11 10:06 PM    **uelime** : Was she nude at the time?

8/12/11 10:07 PM    sweettalkerlinda : yes.  She thought she was getting a bath.  She was just a yearling.  I had hold of her arms behind her once I flipped her over.

8/12/11 10:08 PM    **uelime** : I see.

8/12/11 10:08 PM    sweettalkerlinda : she started with some little swimmer kicks and got water all over, but then went to the little frog leg kicks under the water. she bucked and wiggled very well for a little one

8/12/11 10:09 PM    **uelime** : I bet. Did she tate good?

8/12/11 10:09 PM    sweettalkerlinda : she did!  She made a sweet little oven roast

8/12/11 10:10 PM    **uelime** : Yummy.

8/12/11 10:10 PM    **uelime** : What was the best part?

8/12/11 10:10 PM    sweettalkerlinda : just a light pach fuzz of her red hair left on her head when she went in.  looked so cute

8/12/11 10:11 PM    sweettalkerlinda : her bottom was a little flat, but still good... but her pudgy thighs were just great!

8/12/11 10:11 PM    **uelime** : You are making me hungry.

8/12/11 10:11 PM    sweettalkerlinda : full of some awesome tender toddler meat

8/12/11 10:11 PM    **uelime**: I am sure.

8/12/11 10:11 PM    **uelime** : I am sure.

8/12/11 10:12 PM    sweettalkerlinda : this was te one I bought from her mama if we talked about that.  I think we did

8/12/11 10:12 PM    **uelime** : Hmmmm, I don't think so.

8/12/11 10:14 PM    **uelime** : But she sounds good.

8/12/11 10:14 PM    sweettalkerlinda : I don't have acess to it right now but remind me next time if you want and

8/12/11 10:14 PM    sweettalkerlinda : I'll show you her picture

8/12/11 10:14 PM    sweettalkerlinda : beautiful redheaded girl.  not quite two yet.

9

| | |
|---|---|
| 8/12/11 10:14 PM | **uelime** : ok |
| 8/12/11 10:14 PM | **uelime** : ok |
| 8/12/11 10:15 PM | sweettalkerlinda : and didn't make it to two either ;) |
| 8/12/11 10:15 PM | sweettalkerlinda : she was better off being eaten anyhow rather than growing up any longer as another trailer park brat |
| 8/12/11 10:16 PM | **uelime** : We could use less of those, thats for sure. |
| 8/12/11 10:16 PM | sweettalkerlinda : yes!  I agree! |
| 8/12/11 10:16 PM | **uelime** : And the taste can be great too. |
| 8/12/11 10:17 PM | sweettalkerlinda : :) |
| 8/12/11 10:17 PM | sweettalkerlinda : yes |
| 8/12/11 10:17 PM | **uelime** : What was the best part of her? |
| 8/12/11 10:18 PM | sweettalkerlinda : the thighs |
| 8/12/11 10:19 PM | **uelime** : mmm...I would have loved to have some of those. |
| 8/12/11 10:19 PM | sweettalkerlinda : they carvd out like they were butter |
| 8/12/11 10:19 PM | **uelime** : I have heard they may be the best part. |
| 8/12/11 10:19 PM | sweettalkerlinda : two plump little steaks with the baby fat all marbled into them =p~ |
| 8/12/11 10:20 PM | sweettalkerlinda : butt and thighs usually win |
| 8/12/11 10:20 PM | **uelime** : yes, I am looking forward to my first. |
| 8/12/11 10:22 PM | sweettalkerlinda : it's an awesome thrill. |
| 8/12/11 10:22 PM | **uelime** : Is the snuff or the taste the bigger thrill? |
| 8/12/11 10:22 PM | **uelime** : Is the snuff or the taste the bigger thrill? |
| 8/12/11 10:24 PM | sweettalkerlinda : for me it's the taste.  If I could eat them without having to snuff them I would |
| 8/12/11 10:24 PM | **uelime** : Hmmm, thats interesting, but I guess I understand. |
| 8/12/11 10:25 PM | sweettalkerlinda : always seems such a shame to ave to kill them to eat them, but it's necessary |
| 8/12/11 10:26 PM | sweettalkerlinda : not that I don't have some enjoyment from it of course, but it's my lleast favorite part nxt to cleaning up ;) |

| | |
|---|---|
| 8/12/11 10:26 PM | **uelime**: Thats why I thought of suffocating [(C)]. Not much to clean up at that point. But ZI guess later there would be. |
| 8/12/11 10:27 PM | sweettalkerlinda : yah |
| 8/12/11 10:27 PM | sweettalkerlinda : after the butchering I mean |
| 8/12/11 10:28 PM | **uelime** : I see. |
| 8/12/11 10:29 PM | **uelime** : Yeah, that would be a big thing to clean up. |
| 8/12/11 10:29 PM | sweettalkerlinda : especially a bigger one like your boy |
| 8/12/11 10:29 PM | **uelime** : yeah, there is going to be a lot of cutting on him. |
| 8/12/11 10:30 PM | sweettalkerlinda : I'm sure :) |
| 8/12/11 10:31 PM | **uelime** : He has some nice thighs on him now. |
| 8/12/11 10:31 PM | sweettalkerlinda : bet you just want so badly to get a good feel of those legs too |
| 8/12/11 10:32 PM | **uelime** : I would love to run my hand over them. |
| 8/12/11 10:32 PM | **uelime**: I would love to run my hand over them. |
| 8/12/11 10:32 PM | sweettalkerlinda : :) |
| 8/12/11 10:33 PM | **uelime** : And get a hand on that little rump of his, |
| 8/12/11 10:34 PM | sweettalkerlinda : yummmmmm |
| 8/12/11 10:35 PM | sweettalkerlinda : I'm sure CK told you about the scene from that TV show we are wanting to re-enact. |
| 8/12/11 10:35 PM | **uelime** : Yes, I think so. |
| 8/12/11 10:36 PM | **uelime** : It sounds like fun. |
| 8/12/11 10:36 PM | **uelime** : It sounds like fun. |
| 8/12/11 10:37 PM | sweettalkerlinda : that little boy, for as young as he is, fills out his little shorts very well ;)   He's got a nice rond rump on him |
| 8/12/11 10:37 PM | **uelime** : Yes, and thats how I felt about [(C)] when I saw him in his snug jeans the last pic. |
| 8/12/11 10:38 PM | **uelime** : Looks really good though you don't see the flesh. |
| 8/12/11 10:39 PM | sweettalkerlinda : :)  sometimes you don't have to see the flesh to know |
| 8/12/11 10:40 PM | **uelime** : No, not in this case. |

11

| | |
|---|---|
| 8/12/11 10:40 PM | **uelime** : No, not in this case. |
| 8/12/11 10:40 PM | **sweettalkerlinda** : same with the little boy we are eeing for that re-enactment.  through his shorts you can tell |
| 8/12/11 10:42 PM | **sweettalkerlinda** : sorry for th spellng.  laptop keyboard |
| 8/12/11 10:43 PM | **uelime** : Yeah, and you probably have a toddler on that lap too. |
| 8/12/11 10:43 PM | **uelime**: Yeah, and you probably have a toddler on that lap too. |
| 8/12/11 10:43 PM | **uelime** : !!! |
| 8/12/11 10:43 PM | **sweettalkerlinda** : lol |
| 8/12/11 10:43 PM | **sweettalkerlinda** : don't I wish |
| 8/12/11 10:44 PM | **uelime** : A nice weekend meal. |
| 8/12/11 10:44 PM | **sweettalkerlinda** : mmmm.  would be so nice. |
| 8/12/11 10:45 PM | **uelime** : You will have to get to work on it. |
| 8/12/11 10:45 PM | **sweettalkerlinda** : will be out looking tomorrow |
| 8/12/11 10:47 PM | **uelime** : Summer is heating up. Should be good pickins' |
| 8/12/11 10:48 PM | **sweettalkerlinda** : ope so |
| 8/12/11 10:48 PM | **uelime** : Its so hot the kids are almost naked out there. |
| 8/12/11 10:50 PM | **sweettalkerlinda** : :)  so close yes! |
| 8/12/11 10:50 PM | **uelime** : Whew! |
| 8/12/11 10:51 PM | **sweettalkerlinda** : I'm off to bed.  Talk to you again soon. |
| 8/12/11 10:51 PM | **uelime** : Ok, i am off soon |
| 8/12/11 10:51 PM | **uelime** : Ok, i am off soon |
| 8/12/11 10:51 PM | **uelime**: You too. |
| 8/12/11 10:51 PM | **uelime** : Night. |
| 8/12/11 10:51 PM | **sweettalkerlinda** : good night |
| 10/13/11 2:53 PM | **sweettalkerlinda** : my mouth watered looking at her for sure |
| 10/13/11 2:53 PM | **uelime** : What part did you want most? |
| 10/13/11 2:55 PM | **sweettalkerlinda** : with her still dressed I wanted those fat legs of her first.  AFter she was undressed that changed to her round little butt ;) |
| 10/13/11 2:55 PM | **uelime** : Yes, I bet it was delicious. |

| | |
|---|---|
| 10/13/11 2:55 PM | **uelime** : Yes, I bet it was delicious. |
| 10/13/11 2:55 PM | sweettalkerlinda : I settled for cooking her butt and thighs together =p~ |
| 10/13/11 2:56 PM | **uelime** : I bet that was a lot to eat. |
| 10/13/11 2:56 PM | **uelime** : I bet that was a lot to eat. |
| 10/13/11 2:57 PM | sweettalkerlinda : I didn't do it in one sitting silly.  lol |
| 10/13/11 2:57 PM | sweettalkerlinda : her little butt was first with the thighs saved for the next day. |
| 10/13/11 2:57 PM | **uelime** : Oh, i see. that would have been a lot. |
| 10/13/11 2:58 PM | sweettalkerlinda : but they were all cooked together in one pan |
| 10/13/11 2:59 PM | **uelime** : I guess that gave it an even cooking of all of those parts. |
| 10/13/11 2:59 PM | sweettalkerlinda: it did.  watching that pale little slab of girl meat turning color as it cooked was wonderful too |
| 10/13/11 3:00 PM | sweettalkerlinda : Had her little pussy still intact there too.  it looked so cute.  so smooth and pure |
| 10/13/11 3:01 PM | **uelime** : Are those usually good. |
| 10/13/11 3:02 PM | sweettalkerlinda: the outer part is.  the slit and surrounding meat. |
| 10/13/11 3:03 PM | **uelime** : Have you always eaten the pussy? |
| 10/13/11 3:04 PM | sweettalkerlinda : the outer portion yes |
| 10/13/11 3:04 PM | **uelime** : The inner part is not as good? |
| 10/13/11 3:06 PM | sweettalkerlinda : no.  the best is the lips |
| 10/13/11 3:06 PM | **uelime** : I would like to taste some sometime too. |
| 10/13/11 3:08 PM | **uelime** : How do you cook it? |
| 10/13/11 3:10 PM | sweettalkerlinda : well hers was roasted with the rest of her little hips and upper legs, but sometimes I just carve it out and cook it in the skillet |
| 10/13/11 3:11 PM | **uelime** : I guess its not too b ig by its self. |
| 10/13/11 3:11 PM | **uelime** : I guess its not too b ig by its self. |
| 10/13/11 3:13 PM | **uelime** : Was there any part of her that you did not enjoy? |
| 10/13/11 3:14 PM | sweettalkerlinda : no it's more os a little snack or appetizer.  So far every bit of her meat has been tender and tasty |

13

10/13/11 3:15 PM    **uelime** : ok. I think I would enjoy trying that. It would be kind of erotic.

10/13/11 3:15 PM    **sweettalkerlinda** : you should.  Maybe you could find a small girl like this one I had.

10/13/11 3:16 PM    **sweettalkerlinda** : just to try it out

10/13/11 3:16 PM    **sweettalkerlinda** : or even one younger

10/13/11 3:16 PM    **uelime**: Are they better younger?

10/13/11 3:16 PM    **uelime** : Are they better younger?

10/13/11 3:18 PM    **sweettalkerlinda** : it's not a taste or meat difference no.  i was just thinking it might be easier for you

10/13/11 3:18 PM    **uelime** : I see. Only sometimes the younger ones are watched more closely.

10/13/11 3:20 PM    **sweettalkerlinda** : you could look around and see what you might find. Trailer parks and low income housing are great breeding grounds for even small ones who aren't as well watched

10/13/11 3:20 PM    **uelime** : I have noticed that some.

10/13/11 3:21 PM    **sweettalkerlinda** : I've taken babies and toddlers out of playpens and those little standing play things right out in front of trailers before

10/13/11 3:21 PM    **uelime** : You would have to be fast, I guess.

10/13/11 3:23 PM    **sweettalkerlinda** : yes.  you could always talk to someone like evillaundryman too.  he might be able to hook you up.

10/13/11 3:23 PM    **sweettalkerlinda** : but there is definitely something erotic about finding one on your own.

10/13/11 3:24 PM    **uelime** : Well, and erotic about eating those private parts too.

10/13/11 3:24 PM    **uelime** : Well, and erotic about eating those private parts too.

10/13/11 3:24 PM    **sweettalkerlinda** : knowing WHAT you are eating is teisted and erotic yes.

10/13/11 3:25 PM    **uelime** : And knowing that they would never even let you see it, much less eat it!

10/13/11 3:25 PM    **uelime** : And knowing that they would never even let you see it, much less eat it!

10/13/11 3:26 PM     sweettalkerlinda : well a very young one might be more than willing to let you see. THe smaller ones still have no modesty and if they are still diaper age, they really love being naked and out of those diapers.

10/13/11 3:27 PM     sweettalkerlinda : but to hold one on your lap and rub and feel that soft smooth warm girl or boy part, knowing that you are going to be eating it soon. Talk about hot and wet!

10/13/11 3:28 PM     uelime : I bet they have to be tied up if they are sitting on your lap and you are rubbing them.

10/13/11 3:28 PM     sweettalkerlinda : not the younger ones usually, but every once in a while a little rope or tape helps the situation when you get a feisty one

10/13/11 3:29 PM     uelime : yes, I can imagine one not sitting there taking it with trouble.

10/13/11 3:31 PM     uelime : Have you ever tried that with an older one?
10/13/11 3:31 PM     uelime : Have you ever tried that with an older one?
10/13/11 3:31 PM     sweettalkerlinda : tried which
10/13/11 3:32 PM     uelime: Having an older one on your lap while you played with them?

10/13/11 3:32 PM     uelime : Having an older one on your lap while you played with them?

10/13/11 3:32 PM     sweettalkerlinda : sure
10/13/11 3:32 PM     sweettalkerlinda : I'd say maybe a quarter of them are pretty accepting and enjoy it at first, others take more time (and tape) to come around ;) ;)

10/13/11 3:33 PM     uelime : Yes, I bet they would not like it if older due to their embarrassment and feeling of invasion of privacy.

10/13/11 3:34 PM     sweettalkerlinda : even as young as seven  I've seen them being modest and trying to not let things happen

10/13/11 3:35 PM     uelime : Have you snuffed while while tey were on your lap?
10/13/11 3:36 PM     sweettalkerlinda: yes, but normally only the very small young ones

10/13/11 3:36 PM     uelime : I guess it might be too hard to do an older one like that.
10/13/11 3:38 PM     uelime : Is any of the girl left?

10/13/11 3:39 PM     sweettalkerlinda : it's best to have the younger ones for that.  There is some of her left yes

10/13/11 3:39 PM     sweettalkerlinda : I kapt a good amount of what wasn't roasted initially and stored it for a later time

10/13/11 3:40 PM     uelime : I think its good to have some in reserve.

10/13/11 3:41 PM     sweettalkerlinda : speeaking of snuffing a prey on your lap, I have a picture if you want it of a little girl, 3 years old, being snuffed in her kidnapper's lap.

10/13/11 3:41 PM     uelime : Sure. I would enjoy seeing it.

10/13/11 3:41 PM     uelime : Sure. I would enjoy seeing it.

10/13/11 3:42 PM     sweettalkerlinda Status: Invitation --- Filename: 1316558gf19514.jpg

10/13/11 3:43 PM     uelime Status: Accepted

10/13/11 3:43 PM     sweettalkerlinda Filename: 1316558gf19514.jpg

10/13/11 3:44 PM     uelime : Thats a nice picture. Thats how I would enjoy doing [(C)].

10/13/11 3:44 PM     uelime: Thats a nice picture. Thats how I would enjoy doing [(C)].

10/13/11 3:44 PM     sweettalkerlinda : you can see her face turning blue.  i wish there was a video!

10/13/11 3:45 PM     sweettalkerlinda : and the toungue sticking out.

10/13/11 3:45 PM     uelime : Yes, it would be hot to see a video.

10/13/11 3:45 PM     uelime : Yes, it would be hot to see a video.

10/13/11 3:45 PM     sweettalkerlinda : you've heard of slimyyetsatisfying haven't you?

10/13/11 3:45 PM     uelime : yes

10/13/11 3:45 PM     uelime : yes

10/13/11 3:46 PM     sweettalkerlinda : he's the one that sent it to me.  That's some buddy of his snuffing the girl.

10/13/11 3:46 PM     sweettalkerlinda : look at her face compared to her body color-wise. She's getting nice and blue

10/13/11 3:47 PM     uelime : Yeah, she is starting to go.

16

| | |
|---|---|
| 10/13/11 3:47 PM | sweettalkerlinda : and they do stick their little tonuge out like that being strangled |
| 10/13/11 3:47 PM | **uelime** : It would be hot to see one done like that. |
| 10/13/11 3:48 PM | sweettalkerlinda : I assume that was a camera phone picture |
| 10/13/11 3:48 PM | sweettalkerlinda : if only there was a video |
| 10/13/11 3:48 PM | sweettalkerlinda : watch her from start to finish |
| 10/13/11 3:48 PM | **uelime** : It would be nice to have a video of it. |
| 10/13/11 3:48 PM | **uelime** : I wonder how easily they go? |
| 10/13/11 3:49 PM | sweettalkerlinda : I wonder if she knew it was coming.  Was she just sitting on his lap babbling or distracted by something.  Did she know anything was up when he put that strap or whatever that is around her neck. I like how he's pressing in on her neck too, cutting off blood flow and keeping the strap tight |
| 10/13/11 3:50 PM | **uelime** : I think she is young enough not to have known. |
| 10/13/11 3:52 PM | sweettalkerlinda : it almost looks like he's pinching her tummy to see if she will react at all.  I like how he has that arm around to block her from grabbing.  I'd bet he either held her against him tighter at first until she started to weaken or maybe they used that sheet to secure her arms so she couldn't fight. |
| 10/13/11 3:52 PM | sweettalkerlinda : so she might have been fussing and wiggling some when they started.  maybe a little scared |
| 10/13/11 3:53 PM | **uelime** : Yes, I think you are right. An older boy like [(C)] would have to be taped. |
| 10/13/11 3:53 PM | **uelime** : Yes, I think you are right. An older boy like [(C)] would have to be taped. |
| 10/13/11 3:53 PM | sweettalkerlinda : but her face looks pretty dry.  it doesn't look like she had been crying from what I can tell. |
| 10/13/11 3:53 PM | **uelime** : No time for tears, I guess. |
| 10/13/11 3:54 PM | sweettalkerlinda : I bet her eyes got pretty big when her air was cut off though |
| 10/13/11 3:54 PM | **uelime** : Yes, they probably bugged out and she may have may gagging sounds. |

17

| | |
|---|---|
| 10/13/11 3:55 PM | sweettalkerlinda : they start with a couple gagging choking downs lie they are going to throw up usually yes |
| 10/13/11 3:56 PM | **uelime** : Do they throw up? I would like to know what to expect. |
| 10/13/11 3:57 PM | sweettalkerlinda : no they just make that sound.  I've never had one throw up |
| 10/13/11 3:58 PM | **uelime** : Thats good. I wouldn't enjoy that part. |
| 10/13/11 3:58 PM | sweettalkerlinda : you will have enough to clean u ;) |
| 10/13/11 3:58 PM | sweettalkerlinda : maybe you should really go look around a bit.  See if you see any little ones that might make for a good test subject ;) |
| 10/13/11 3:59 PM | **uelime** : hmmmm....I have always liked the idea of doing an older one. |
| 10/13/11 3:59 PM | **uelime** : hmmmm....I have always liked the idea of doing an older one. |
| 10/13/11 4:00 PM | sweettalkerlinda : I didn't know until now I guess that you had considered trying a little pussy though either.  :) |
| 10/13/11 4:00 PM | sweettalkerlinda : rats.  I gotta go for a few.  Back in an hour or less. |
| 10/13/11 4:00 PM | **uelime** : ok. have a good day. |
| 10/13/11 4:00 PM | **uelime** : ok. have a good day. |
| 10/13/11 4:00 PM | sweettalkerlinda : ok -- you do the same |
| 10/29/11 10:54 AM | ck_3666 : hi there |
| 10/29/11 10:54 AM | **uelime** : Hello |
| 10/29/11 10:54 AM | ck_3666 : how goes |
| 10/29/11 10:55 AM | **uelime** : Doing well. You? |
| 10/29/11 10:55 AM | ck_3666 : quite well |
| 10/29/11 10:56 AM | **uelime**: Are you ready for Halloween? |
| 10/29/11 10:57 AM | ck_3666 : so ready!  Even brought home a little treat last night.  Gotta love those school Halloween carnivals ;) |
| 10/29/11 10:58 AM | **uelime** : I am going to a big event, myself, today. |
| 10/29/11 10:58 AM | ck_3666 : but I still plan on being outt here Monday night, ready for the big hunt :D |

| | |
|---|---|
| 10/29/11 10:58 AM | **uelime** : What did you get |
| 10/29/11 10:58 AM | ck_3666 : whatare you going to? |
| 10/29/11 11:03 AM | ck_3666 : sorry. blue screen of death followed by shutdown |
| 10/29/11 11:03 AM | ck_3666 : wow |
| 10/29/11 11:03 AM | ck_3666 : that's twice in the last month I've had it do that |
| 10/29/11 11:03 AM | **uelime** : oh.... |
| 10/29/11 11:03 AM | **uelime** : That may not be a good sign. |
| 10/29/11 11:03 AM | ck_3666 : i know |
| 10/29/11 11:03 AM | ck_3666 : I'll let my computer guy know |
| 10/29/11 11:04 AM | **uelime** : yeah |
| 10/29/11 11:04 AM | **uelime** : yeah |
| 10/29/11 11:06 AM | ck_3666: will you be on later tonight? |
| 10/29/11 11:07 AM | ck_3666 : or are you off to your event tonight? |
| 10/29/11 11:07 AM | **uelime** : I have to leave shortly. |
| 10/29/11 11:07 AM | **uelime** : Won't be back on tonight. |
| 10/29/11 11:08 AM | ck_3666 : on tomorrow? |
| 10/29/11 11:08 AM | **uelime** : Might be, thogh thats my sleep day after working tonight. |
| 10/29/11 11:09 AM | ck_3666 : gotcha. well I am going to run the computer up to my guru guy lol. if I don't talk to you before Halloween, have fun. I know I will. And we can talk about it soon. Maybe I'll talk to you tomorrow if you happen to be around. |
| 10/29/11 11:10 AM | **uelime** : okay. I want to hear all about how "sweet" your Halloween is. |
| 10/29/11 11:10 AM | **uelime** : Until then..... |
| 10/29/11 11:10 AM | ck_3666 : ok. bye |
| 10/29/11 11:10 AM | **uelime** : bye |

*AGENTS NOTE: [(C)] is being utilize in this affidavit to protect the name of the child.

8.      On approximately June 18, 2012 HSI Boston Agents issued a Grand Jury

subpoena to Yahoo for information regarding the Yahoo screen name: uelime. On approximately

19

July 16, 2012 HSI Boston received the results of the Grand Jury subpoena. The following information was provided by Yahoo:

Login Name: xxxxx

Yahoo Mail Name: xxxxx@yahoo.com

Alternate Communication Channels: xxxxxxxx@gte.net

xxxxxxxxx@verizon.net

Registration IP address: 63.25.149.174

City: Largo

State: FL

Zip/Postal Code: 33771

Account Status: Active

9.     Yahoo also provided Internet Protocol (IP) addresses from which the uelime Yahoo account was logged in from. The IP log in dates range from January 2012 through July 2012.

10.     HSI Boston Agents performed open source checks for the email addresses: xxxxx@gte.net and xxxxx@verizon.net. The email address xxxxxx@verizon.net is listed in the 2011-2012 Pinellas County Schools (Pinellas County, Florida) Speaker Directory and Ron BROWN is listed as a puppetry speaker for grades K-8. The contact information under the puppetry listing is: Ron Brown xxx-xxxx, ext. xxxx e-mail: xxxxxxx@verizon.net, xxx-xxxx (home).

11.     HSI Boston Agents located and reviewed BROWN's passport application from 2004. On this application BROWN provided a home phone number of xxx-xxx-xxxx and a

20

business phone number of xxx-xxx-xxxx as well as a home address of xxxx xxx Ave N,

apartment xxx, Largo Florida, the SUBJECT premises.

12.     On or about July 18, 2012, your affiant checked with the Pinellas County Sherriff's

office for any reports involving the subject Ronald William BROWN. One of the incident reports is

listed below:

A.     On or about July 23, 1998, Ronald William BROWN was stopped for a

traffic violation. Deputy observed boys underwear between front seats. Deputy questioned

subject and subject stated he used the boys' underwear for puppet shows, dressing puppets in

underwear.

13. On or about July 18, 2012, your affiant checked with the Largo Police Department for any

reports involving the subject Ronald William BROWN. One of the incident reports is listed below:

A.     On June 9, 2010, the Largo Police Department was dispatched to the

SUBJECT premises regarding a suspicious incident involving the subject Ronald William

BROWN having young boys in his vehicle. Largo Police determined that

BROWN did have permission from the parents of the kids he had with him to go to

church with him. The incident did state that the complainant believed she observed

BROWN throw what she described as a dildo underneath his trailer. The complainant

also stated that BROWN had all the boys skateboards and bikes locked inside his

trailer. The complainant stated that one of the boys may have been "violated" by

BROWN because of how he was defending BROWN. The complainant stated that she

observed BROWN to be "off". Largo police only had dispatch notes there was no

report written of this incident.

21

14.     On July 17, 2012, your affiant performed a GOOGLE search of the screen name xxxxxxx@yahoo.com and found a profile for "Ron" on a web site called cutedeadguys.net. On this site, "Ron's" profile states that he is from Florida and he stated his interests as "I love them young and dead. I enjoy them fresh, but like to see them displayed in their casket too." His biography states that he has a strong interest in necro since youth. Your affiant believes that BROWN's reference to "necro" is a reference to necrophilia, an abnormal and deviant sexual interest in sex with dead people and/or an erotic attraction to corpses.

15.     On July 17, 2012, HSI Boston sent a Grand Jury subpoena to Verizon Internet Services for subscriber information related to the IP logins of the Yahoo account utilized by Ronald William BROWN. On July 18, 2012, Verizon Internet Services responded with the following subscriber information:

| | |
|---|---|
| Business Name: | xxxxxx xxxx |
| Customer Name: | Ronald BROWN |
| Customer Address: | xxxx xxx Ave N. Lot # xxx |
| | Largo, FL 33771 |
| Phone Number: | xxx-xxx-xxxx |
| Account Status: | Active |

16.     On or about July 18, 2012, your affiant requested a public records check that revealed Ronald William BROWN resides at the SUBJECT premises.

17.     On or about July 18, 2012, your affiant obtained a Florida Driver's License Photo of Ronald William BROWN from the Department of Motor Vehicles Database which revealed that Ronald William BROWN lists his home address as the SUBJECT premises.

18.     On or about July 16, 2012 HSI SAC Boston requested assistance from HSI SAC Tampa in determining what role Ronald William BROWN has in an on-going investigation involving the receipt of child pornography and the interest in the abuse and or abduction, murder and cannibalism of children.  It has been determined that Ronald William BROWN resides at xxxx Ave N. #xxxx, Largo, FL xxxxxx.

19.     On July 19, 2012, a Homeland Security Investigation (HSI) Federal search warrant was executed at xxxx xxx Ave N. #xxx, Largo, FL xxxxx.  Agents from HSI, FDLE, Pinellas County Sheriff's Office and Largo Police Department were all present. Upon approaching the residence, HSI SAC Tampa SRT Team conducted a knock and announce and then executed the entry into the residence. Upon entry into the residence Ronald William BROWN was encountered and he was immediately removed from the residence placed on the ground and hand cuffed without incident.

20.     During the execution of the search warrant HSI SAC Tampa agents seized multiple pieces of electronic media to include but not limited to a computer, CD/DVDS, micro disks, VHS Tapes, Mini VHS tapes, and a thumb drive.

21.     During the execution of the search warrant, HSI Digital Forensic Agents (DFA) and Special Agents (SA) with the Florida Department of Law Enforcement previewed several pieces of media while on scene.  During the preview of the Dell Inspiron One Desktop computer HSI DFA Andy Stone discovered images of child pornography, images of children engaged in bondage and images of children that appear to be deceased.  These images were located in a folder under Users/Owner/Documents.  The folder was titled "Karsten".  Below is a description of three of the images.

The first image was found in the below location on the desktop.

Name 133348850863.jpg
Last Accessed 05/28/12 04:47:57PM
File Created 05/28/12 04:47:57PM
Entry Modified 05/28/12 07:45:39PM
Full Path Preview\1\E\Users\Owner\Documents\karsten\133348850863.jpg
File Ext jpg
File Type JPEG
Is Deleted No

Image 133348850863.jpg is described by your affiant as a pre-pubescent male child lying nude on a metal table. This child is bound and tied to the table with what appears to be rope. There is duct tape over his mouth and he is head is slightly tilted to look at the camera. The male child's body is visible from the upper thigh on up and his genitals are exposed. Your affiant has viewed this image and has determined it to be child erotica.

The second image was found in the below location on the desktop.

Name 133471203791.jpg
Last Accessed 05/28/12 04:55:25PM
File Created 05/28/12 04:55:25PM
Entry Modified 05/28/12 07:40:07PM
Full Path Preview\1\E\Users\Owner\Documents\karsten\133471203791.jpg
File Ext jpg
File Type JPEG
Is Deleted No

Image 133471203791.jpg is described by your affiant as a black and white image of a pre-pubescent male child. His hands are bound behind his back and they appear to be tied to his feet. There is a blindfold covering his mouth and his legs are spread open displaying his genitals in a lewd and lascivious nature. There is an unknown individual in the image that is bending down with their hands near this male child's face. Your affiant has reviewed this image and determined it to be child pornography.

The third image was found in the below location on the desktop.

Name 133540118214.jpg
Last Accessed 05/28/12 05:08:20PM
File Created 05/28/12 05:08:20PM
Entry Modified 05/28/12 07:27:54PM
Full Path Preview\1\E\Users\Owner\Documents\karsten\133540118214.jpg
File Ext jpg
File Type JPEG

24

Is Deleted No

Image 133540118214.jpg is described by your affiant as a black and white image of a pre-pubescent male child. His hands are bound behind his back and they appear to be tied to his feet. There is a blindfold covering his mouth and his legs are spread open displaying his genitals in a lewd and lascivious nature. There is an unknown individual in the image that is bending down with their hands near this male child's face. Your affiant has reviewed this image and determined it to be child pornography.

The third image appears to be similar in nature to the second image but the image name and file properties to include the last accessed, file created and modified times are different.

22.   Additionally found during the search warrant, located in BROWN'S bedroom dresser sock drawer was a CD. HSI DFA'S previewed this CD and found it to contain images of child pornography, child erotica-pre-pubescent boys in underwear, images of what appear to be deceased children and a missing child flyer. Your affiant has viewed the images and one (1) of the images of child pornography is described below.

Image 1130.jpg is described as an image of a pre-pubescent male child, lying on his back on a bed. This male child's hand and legs are bound by a thick rope. This male child's legs are spread apart displaying his genitals in a lewd and lascivious nature. Your affiant considers this image to be an image of child pornography.

Additionally located on this CD and observed by your affiant is the same image described above. On the CD this image is titled 601[1].jpg and is considered by your affiant to be an image of child pornography.

23.   During the execution of the search warrant BROWN was interviewed by your affiant and HSI SA Albritton. Post Miranda, BROWN stated that he resides at xxxx xxx Ave. N. #xxx, St. Petersburg, FL alone. He stated that he does have Internet access and he uses the Yahoo Instant Messenger (IM) screen name of uelime to chat in Yahoo IM form his Dell desktop

computer. BROWN told the agents that he chats with several individuals about strangling children and that he was part of a strangle group in Yahoo. BROWN stated that these are his fantasies and told the agents he would never really do this.

24.     BROWN told the agents that he was communicating with an individual known as calf_keeper2, sweettalkerlinda and ck_3666 all whom he believed to be the same person using different Yahoo screen names. BROWN stated that this individual was into the killing and cannibalism of children, specifically toddlers. BROWN told the agents that they did discuss a boy BROWN personally knows from his church. BROWN told the agents that he told calf_keeper2 "if I was going to eat someone; I would probably eat [(C)]." "Why, I don't know." BROWN told the agents that he and calf_keeper2 did discuss killing, dismembering and eating [(C)] but it was just a fantasy and he could never and would never hurt anyone.

25.     BROWN told the agents that calf_keeper2 did travel to Florida and tried to contact him via Yahoo IM but BROWN stated he did not respond to him. BROWN said he did not want to meet calf_keeper2 and that it was not his desire to do anything. He said his chats with calf_keeper2 were just in the realm of fantasy.

26.     BROWN also told the agents he was communicating with an individual via Yahoo IM that he knows as Karsten. BROWN said he believes Karsten is from Germany. BROWN stated that he has a folder on his desktop computer that contains images Karsten has sent him via Yahoo IM. He said they are images of dead boys, and images of boys engaged in bondage. BROWN said Karsten would send him numerous images of child pornography but when he received them he would delete them. BROWN said they were images of girls and boys engaged in sex acts with other girls or boys. BROWN said Karsten collected images of child

26

pornography. BROWN said that he asked Karsten to stop sending him images of child pornography but Karsten kept sending them. Agents Note: As stated above, during the preview of BROWN'S desktop computer images of what appear to be deceased male children, children engaged in bondage, child erotica and child pornography were observed.

27.     The agents asked BROWN about the CD found in his bedroom dresser sock drawer and BROWN stated that he forgot he had that CD. He said it must have been there for years. BROWN told the agents the child pornography on the CD was not images he asked for but he did save them on the CD. BROWN told the agents his interest is not child pornography it is morgue pictures.

28.     BROWN told the agents that he owns a Puppet Company and performs puppet shows for children as a side job. He said he performs at schools, church, birthday parties and community centers. BROWN stated that he helps out in the children's area of the church he attends. BROWN told the agents that every Wednesday several children from his neighborhood and surrounding neighborhoods come to his house for pizza before he gives them all a ride to church in a van provided by his church.

<u>CONCLUSION</u>

29.     Based on the foregoing facts, your affiant believes that there is probable cause to believe that Ronald William BROWN and Michael Arnett **conspired to kidnap a child in violation of Title 18, United States Code, Section 1201(c) and possessed child pornography in violation of Title 18 USC 2252(a)(4)(B).**

Affiant further sayeth naught.

S/A

Terri Botterbusch

HSI

27

Special Agent
Homeland Security Investigations

Sworn to and subscribed before me
This ___ day of July, 2012.

_____
THOMAS B. McCOUN, III
United States Magistrate Judge