UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 8:12-Cr-418-T-27MAP

RONALD WILLIAM BROWN

_____

### Consent to Institute a Presentence Investigation and Disclose the Report Before Conviction or Plea of Guilty

I hereby consent to a pre-sentence investigation by the probation officers of the United States district courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge in deciding whether to accept a plea agreement that I have reached with the government.

I have read, or had read to me, the foregoing consent and fully understand it.

Dated: March 25, 2013            *Ronald W Brown*

Dated: March 25, 2013            _____
                                 Counsel for Defendant